SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 09-80548-CIV-MARRA/JOHNSON

SAMUEL CEME,

      Plaintiff,

v.

TOYOTA MOTOR SALES, U.S.A., INC.,
and TOYOTA MOTOR CORPORATION

      Defendants.

_____/

## TOYOTA MOTOR SALES, U.S.A., INC.'S INITIAL DISCLOSURE STATEMENT

Defendant Toyota Motor Sales, U.S.A, Inc. ("TMS") makes its initial disclosure pursuant to Federal Rule of Civil Procedure Rule 26(a).

The following disclosures are made based on the information reasonably available to TMS as of the date of this disclosure, and represent TMS's good faith effort to identify information pertaining to the allegations in Plaintiff's complaint, as required under rule 26(a)(1). At this time, TMS understands that Plaintiff has made defect claims relating to the 1994 4Runner's suspension, steering, tires, roof structure, the driver's restraint system, driver's and passenger's side window glazing, and general occupant protection and crashworthiness performance.

TMS has not yet completed its investigation of the facts relevant to this lawsuit. Consequently, this disclosure is based only on information that TMS currently knows. Further investigation, research and analysis may supply additional facts and documents, add meaning to known facts, and may in turn, lead to additions or changes to this disclosure.

TMS reserves the right to supplement this disclosure upon the discovery of additional information, or to the extent that Plaintiff asserts, clarifies, modifies or otherwise develops additional defect theories in this lawsuit.

## **PREFATORY STATEMENT**

TMS is the authorized importer and distributor of Toyota, Lexus and Scion motor vehicles in certain geographic areas of the continental United States. TMS does not design, manufacture, assemble or developmentally test Toyota, Lexus or Scion motor vehicles in the ordinary course of its business and TMS was not responsible for the design, manufacture, assembly or developmental testing of the 1994 4Runner at issue in this case. Toyota Motor Corporation ("TMC"), located in Japan, was responsible for the overall design, manufacture, assembly and developmental testing of the 1994 4Runner SR5.

The vehicle referred to as the 4Runner was first introduced in the United States as a 1984 model year vehicle. There have been four model series of the 4Runner identified by the series 1984-1989, 1990-1995, 1996-2002 and 2003 and later. This case involves a U.S. bound 1994 Toyota 4Runner SR5 bearing VIN JT3VN29V6R0026105, which is part of the 1990-1995 4Runner model series.

In making this initial disclosure, TMS has attempted to provide Plaintiff with the available documents that TMS has determined may have relevance to Plaintiff's allegations, and that pertain to the 1990-1995 model series 4Runner, since that is the series to which the 1994 model year 4Runner belongs. TMS has provided such documentation regardless of whether a document pertains to a 4x2 or a 4x4 model.

**A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Since discovery is in its early stages and TMS has not yet completed its investigation of the crash, TMS has discovered only a limited amount of information about this case. Consequently, TMS reserves the right to supplement this disclosure as discovery and TMS's

investigation continue.  TMS is presently aware of the following individuals who may possess responsive information concerning the circumstances surrounding the accident, the 4Runner involved in the crash, and the nature and extent of Plaintiff's alleged injuries and damages:

1. Samuel Ceme
   905 South D Street
   Lake Worth, FL 33460

2. Supris Ceme
   905 South D Street
   Lake Worth, FL 33460

3. Trooper M.D. Thurston
   FHP Building 9330
   Lake Worth Service Plaza
   Mile Post 94
   Florida Turnpike
   Lake Worth, FL 33467
   (561)357- 4040

4. Thomas Reyes
   Palm Beach County Fire Rescue
   405 Pike Road
   West Palm Beach, FL  33411-3815
   (561) 616-7000

5. Brian C. Moody
   Palm Beach County Fire Rescue
   405 Pike Road
   West Palm Beach, FL  33411-3815
   (561) 616-7000

6. Glenn D. Jordan
   Palm Beach County Fire Rescue
   405 Pike Road
   West Palm Beach, FL  33411-3815
   (561) 616-7000

7. Brian Parker
   Palm Beach County Fire Rescue
   405 Pike Road
   West Palm Beach, FL  33411-3815
   (561) 616-7000

8.        Miles Moss
          12900 SW 84th St
          Miami, FL 33183
          (305) 386-1212

9.        St. Mary's Hospital
          901 45th St.
          West Palm Beach, FL 33407
          (561) 844-6300

10.       Alltime Towing
          1145 Old Dixie Hwy # C
          Lake Park, FL 33403
          (561) 842-5544

11.       AIG Insurance

TMS also incorporates, by reference, any and all individuals identified by Plaintiff in his

Initial Disclosure Statement.

**B.        A copy of, or a description by category and location of, all documents, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;**

The following documents, or categories of documents, may be used to support one or

more of TMS's defenses. The listing of these materials does not, however, indicate any

conclusion on the part of TMS that the materials are admissible evidence for any purpose in this

action.

1.    **Documents relating to the crash**:

      1.        Florida Traffic Crash Report

      2.        Palm Beach County Fire Rescue Reports

      3.        Photos of the accident scene in Plaintiff's counsel possession

      4.        Photos of the subject vehicle provided by Plaintiff's counsel

      5.        911 emergency dispatch tape recording

2.    **Documents relating to the 4Runner involved in the crash:**

| **Document Description** | **Bates Nos.** |
|---|---|
| Batch Tape Vehicle Inquiry | 507612 |
| Service Serial Master Inquiry | 507613 |
| SSC Mailing Label | 507614 |
| Special Service Campaign V06 3VZ-E Head Gasket | 136228-136258 |
| Special Service Campaign 50N-Steering Relay Rod Replacement | 257143-257175 |

3.    **Owner's Materials Applicable to the U.S. bound 1990-1995 4Runner in General:**

| **Owner's Manuals** | **Bates Nos.** |
|---|---|
| 1990 4Runner Owner's Manual (Publication No. OM35498U; Part No. 01999-35498; Printed in Japan 01-8904-00) | 126322A |
| 1990 4Runner Owner's Manual (Publication No. OM35516U; Part No. 01999-35516; Printed in Japan 01-8908-00) | 126322B |
| 1990 4Runner Owner's Manual (Publication No. OM35516U; Part No. 01999-35516; Printed in Japan 03-9101-01) | 126322C |
| 1991 4Runner Owner's Manual (Publication No. OM35537U; Part No. 01999-35537; Printed in Japan 01-9008-00) | 126322D |
| 1992 4Runner Owner's Manual (Publication No. OM35554U; Part No. 01999-35554; Printed in Japan 01-9108-00) | 126322E |
| 1992 4Runner Owner's Manual (Publication No. OM35588U; Part No. 01999-35588; Printed in Japan 01-9202-00) | 126322F |
| 1993 4Runner Owner's Manual (Publication No. OM35608U; Part No. 01999-35608; Printed in Japan 01-9208-00) | 126322G |

1993 4Runner Owner's Manual                          126322H
(Publication No. OM35608U; Part No. 01999-35608;
Printed in Japan 02-9212-01)

1994 4Runner Owner's Manual                          126322I
(Publication No. OM35629U; Part No. 01999-35629;
Printed in Japan 01-9308-00)

1994 4Runner Owner's Manual                          126322J
(Publication No. OM35629U; Part No. 01999-35629;
Printed in Japan 02-9403-01)

1994 4Runner Owner's Manual                          126322K
(Publication No. OM35629U; Part No. 01999-35629;
Printed in Japan 11-0004-01)

1995 4Runner Owner's Manual                          126322L
(Publication No. OM35655U; Part No. 01999-35655;
Printed in Japan 01-9408-00)

1995 4Runner Owner's Manual                          126322M
(Publication No. OM35655U; Part No. 01999-35655;
Printed in Japan 02-9501-01)

1995 4Runner Owner's Manual                          126322N
(Publication No. OM35676U; Part No. 01999-35676;
Printed in Japan 01-9503-00)

1995 4Runner Owner's Manual                          126322O
(Publication No. OM35676U; Part No. 01999-35676;
Printed in Japan 16-0004-00)

**Owner's Guides**                                   **Bates Nos.**

1990                                                 16359
1991                                                 427845-427876
1992                                                 427877-427912
1993                                                 22900
1994                                                 428011-428054
1995 Owner's Guide                                   427913-427956
(Publication No. 00404-01995,
94-SPO-293, printed 8/94)

1995 Owner's Guide                                   117739
(Publication No. 00404-1995-SP,
95-SPO-168, printed 1/95)

1995 Owner's Guide Supplement                                    427957-428010
(Publication No. 00503-99999-BBB,
94-CRE-157 200M, printed 6/94)

4.      **Sun Visor and Glove Box Warning Labels applicable to the U.S. bound 1990-1995
        4Runner**:

                                                           **Bates Nos.**

1990                                                       21879
1991                                                       40895
1992                                                       22547
1993                                                       40896
1994                                                       36382
1995                                                       40897

5.      **Sales Brochures and Product Source Materials applicable to the U.S. bound 1990-
        1995 4Runner**:

**Document Description**                                    **Bates Nos.**

Brochure: 1990 4Runner                                     8826-8826O

Brochure: 1991 4Runner                                     20872-20889

Brochure: 1992 4Runner                                     15581-15581Q

Brochure: 1993 4Runner                                     34741-34741S

Brochure: 1994 4Runner                                     22903-22903T

Brochure: 1995 4Runner                                     42926-42943B

1990 New Car Features                                      49307-49331

1991 New Car Features                                      49354-49362

1992 New Car Features                                      49379-49391

1993 New Car Features                                      49404-49414

1994 New Car Features                                      49415-49431

1995 New Car Features                                      49446-49452

1990 Source materials                                      36676-36812

1991 Source materials                                      35412-35580

1992 Source materials                                      36549-36675

7

| | |
|---|---|
| 1993 Source materials | 35581-35834 |
| 1994 Source materials | 35835-36002 |
| 1995 Source materials | 36003-36127 |

6.      **Materials Provided to Dealers relating to the 1990-1995 U.S. bound 4Runner:**

| **Document Description** | **Bates Nos.** |
|---|---|
| 1990 Toyota 4Runner Meeting Leader's Guide | 18450-18451 |
| 1990 Toyota 4Runner New Product Updates - Sales Training Information | 18452-18457 |
| Selling Toyota Cars and Trucks: A Six Position Walk Around, MY 1990 | 18502-18507 |
| Selling Toyota Cars and Trucks: A Six Position Walk Around Meeting Leader Guide, MY 1990 | 18460-18463 |
| Salesperson Hot Sheet - April 1991 | 34338-34339 |
| Toyota Salesperson Hot Sheet November 1991 "92 E.V.P. Special Edition" | 136849-136850 |
| Toyota Salesperson Hot Sheet May 1992 "Quick Facts" | 136851-136852 |
| Toyota Salesperson Hot Sheet October 1992 "93 New Feature Highlights" | 136853-136854 |
| Toyota Salesperson Hot Sheet September 1993 "Toyota's 94 Lineup Boasts New Models and Improvements" | 136855-136856 |
| Toyota Salesperson Hot Sheet November 1993 "94 Extra Value Packages" | 136857-136858 |
| Toyota Salesperson Hot Sheet September 1994 "95 Toyota New Feature Highlights" | 136859-136860 |
| Toyota Salesperson Hot Sheet October 1994 "95 Extra Value Packages Make Selling Easy" | 136861-136862 |

| | |
|---|---|
| Toyota Salesperson Hot Sheet June 1995<br>"95 Extra Value Packages Make Selling Easy" | 136863-136864 |
| Toyota Salesperson Hot Sheet October 1995<br>"96 Value Packages: Great Features, Great Prices" | 136865-136868 |
| Salesperson Hot Sheet - December 1995 | 61647-61650 |
| 1990 Source materials | 36676-36812 |
| 1991 Source materials | 35412-35580 |
| 1991 Mini-Source materials | 34216-34249 |
| 1991 Video Meeting Leader Guide | 35000-35027 |
| 1992 Source materials | 36549-36675 |
| 1992 Mini-Source materials | 34250-34293 |
| 1993 Source materials | 35581-35834 |
| 1993 Pocket Resource materials | 34294-34320 |
| 1994 Source materials | 35835-36002 |
| 1994 Pocket Resource materials | 34321-34329 |
| 1995 Source materials | 36003-36127 |
| 1995 Pocket Resource materials | 34330-34337 |
| DVD: 1990 Team Toyota, Video<br>Magazine, 1990 4Runner<br>Introduction, Special Edition,<br>May 1989 | 384419 |
| DVD: 1993 4Runner Product<br>Information Resource Series | 479770 |
| DVD: 1995 4Runner and 1994<br>Land Cruiser | 498274 |
| DVD: Previa, 4Runner, Land<br>Cruiser - 1994 | 479771 |
| DVD: 1992 Competitive Comparison<br>Previa/4Runner | 480123 |

| | |
|---|---|
| DVD: Team Toyota Video Magazine, June 1991 | 480122 |
| DVD: 1991 Competitive Comparison | 480124 |
| DVD: 1991 Resource | 480125 |
| 1990 New Car Features | 49307-49331 |
| 1991 New Car Features | 49354-49362 |
| 1992 New Car Features | 49379-49391 |
| 1993 New Car Features | 49404-49414 |
| 1994 New Car Features | 49415-49431 |
| 1995 New Car Features | 49446-49452 |
| 1990 Product Information, dated 2/17/89 | 49226-49244 |
| 1990 Product Information, dated 2/17/89 | 49268-49298 |
| 1990 Product Information, dated 6/12/89 | 49251-49267 |
| 1990 Product Information, dated 8/2/89 | 49299-49306 |
| 1990 Product Information, dated 8/3/89 | 49453-49460 |
| 1991 Product Information, dated 6/8/90 | 49461-49468 |
| 1991 Product Information, dated 6/8/90 | 49469-49482 |
| 1991 Product Information, dated 6/8/90 | 49245-49250 |
| 1991 Product Information, dated 6/8/90 | 49332-49339 |
| 1992 Product Information, dated 6/10/91 | 49483-49498 |

10

| | |
|---|---|
| 1992 Product Information, dated 6/10/91 | 49363-49378 |
| 1993 Product Information, dated 8/25/92 | 49499-49510 |
| 1993 Product Information, dated 5/22/92 | 49392-49403 |
| 1994 Product Information, dated 5/4/93 | 49432-49445 |

7.    **MVMA Specifications applicable to the U.S. bound 1990-1995 4Runner**:

| **Document Description** | **Bates Nos.** |
|---|---|
| 1990 Specifications | 20665-20692 |
| 1991 Specifications | 20890-20917 |
| 1992 Specifications | 22441-22468 |
| 1993 Specifications | 22469-22496 |
| 1994 Specifications | 30703-30741 |
| 1995 Specifications | 41339-41377 |

8.    **Handling and stability Testing of the 1990-1995 U.S. bound 4Runner performed by Carr Engineering, Inc.:**

| **Document Description** | **Bates Nos.** |
|---|---|
| 1990 4Runner 4x4 Vehicle Performance Testing P225/75R15 Tires, January 19, 26-28, 1994; and | 84008-84751 |
| Edited Video CD of Selected Runs (#2970B) | 310995 |
| 1990 4Runner 4x4 Vehicle Performance Testing 31X10.50 R15LT Tires, February 2-3, 7, 1994; and | 83279-84007 |
| Edited Video CD of Selected Runs (#2970A) | 310989 |

| | |
|---|---|
| 1990 4Runner 4x4<br>Vehicle Performance Testing<br>31x10.50R15LT Tires,<br>April 24-25, 1996; and | 101588-101716 |
| Edited Video CD of Selected Runs<br>(#3571) | 310994 |
| 1990 4Runner 4x4<br>Off Road Re-Entry Testing<br>January 19, 1996; and | 85344-85412 |
| Edited Video CD of Selected Runs<br>September 8-9, 11-15, 1995;<br>(#3300C) | 311662 |
| 1990 4Runner 4x4<br>High Severity Cornering Testing<br>May 16, 1997; and | 82350-82587 |
| Edited Video CD of Selected Runs<br>(#3694) | 311690 |
| 1994 4Runner 4x2<br>Vehicle Performance Testing<br>Off Road Re-Entry Testing<br>November 9, 10 & 14, 1995;<br>February 26, 29, 1996; and | 84752-85343 |
| Edited Video CD of Selected Runs<br>(#3305A) | 310993 |
| 1994 4Runner 4x4<br>Vehicle Performance Testing<br>February 21, 1997, March 4-7, 1997; and | 85413-85761 |
| Edited Video CD of Selected Runs<br>(#3650A) | 311002 |

9.   **Tilt table testing performed by Outside Experts on 1990-1995 U.S. bound 4Runners:**

| **Document Description** | **Bates Nos.** |
|---|---|
| 1990 4Runner<br>Tilt Table Angle for Selected Vehicles | 83252-83278 |
| Static Tilt Table Test Summary<br>Bob Swint and others at ATA<br>and Associates Engineering in Houston | 310986-310988 |

10.   **Demonstrations of handling and stability test methods performed by Carr
      Engineering, Inc. on a 1995 4x4 4Runner:**

**Document Description**                                    **Bates Nos.**

Demonstration of Selected Handling                          49076-49224
and Stability Tests
1995 Toyota 4Runner
November 10, 11 and 13, 1995
Tire size 31x10.5R15LT
Wheel size:  15x7JJ
Video CD                                                    310996
(#3350A)

Test Notes, Carr Engineering, Inc.                          115489-115496

DVD:  1995 Toyota 4Runner 4x4                               460104

Steering View,  Raw Footage,
Curb+, November 10 & 11, 1995

DVD: 1995 Toyota 4Runner 4x4                                460105
L.F. Tire View, Raw Footage,
Curb+, November 10 & 11, 1995

DVD: 1995 Toyota 4Runner 4x4                                460106
Speed Display, Raw Footage,
Curb+, November 10 & 11, 1995

DVD: 1995 Toyota 4Runner 4x4                                460107
Hood/Outrigger Views for
Fish Hook test only, Raw Footage,
Curb+, November 10 & 11, 1995

DVD: 1995 Toyota 4Runner 4x4                                460108
Exterior View, Raw Footage,
Curb+, November 10 & 11, 1995

DVD: 1995 Toyota 4Runner 4x4                                460109
Chase Vehicle Views,
Raw Footage, Raw Footage,
Curb+, November 10 & 11, 1995

DVD: 1995 Toyota 4Runner 4x4                                460110
Steering View, Raw Footage,
Curb+, November 13, 1995

DVD:  1995 Toyota 4Runner 4x4                                    460111
Speed display, Raw Footage,
Curb+, November 13, 1995

DVD:  1995 Toyota 4Runner 4x4                                    460112
Left Front Tire View, Raw Footage,
Curb+, November 13, 1995

DVD: 1995 Toyota 4Runner 4x4                                     460113
Hood View, Raw Footage,
Curb+, November 13, 1995

DVD: 1995 Toyota 4Runner 4x4                                     460114
Exterior View, Raw Footage,
Curb+, November 13, 1995

11.    **Roof Strength Testing Performance by Outside Experts on the 1990-1995 U.S.
       bound 4Runner:**

| Document Description | Model | Bates Nos. |
|---|---|---|
| Roof Strength Test Data and Video | 1990 | 55349-55381 383910 |

12.    **NHTSA's testing relating to rollover resistance (not conducted on a 1990-1995
       4Runner, but disclosed in the interest of completeness):**

| Document Description | Bates Nos. |
|---|---|
| U.S. DOT/NHTSA Report DOT HS 809 357 Dated August 2001 An Experimental Examination of Selected Maneuvers That May Induce On-Road, Untripped, Light Vehicle Rollover - Phase I-A of NHTSA's 1997-1998 Vehicle Rollover Research Program | 192238-192536 |
| U.S. DOT/NHTSA Report DOT HS 809 443 Dated April 2002 An Experimental Examination of Selected Maneuvers That May Induce On-Road, Untripped, Light Vehicle Rollover - Phase I-B of NHTSA's 1997-1998 Vehicle Rollover Research Program | 191919-192237 |

U.S. DOT/NHTSA Report DOT HS 808 977                              192537-192666
Dated July 1999
An Experimental Examination of Selected
Maneuvers That May Induce On-Road,
Untripped, Light Vehicle Rollover - Phase II
of NHTSA's 1997-1998 Vehicle Rollover
Research Program

Letter from Robert Strassburger                                   189528-189530
Vice President Vehicle Safety and
Harmonization of Alliance of Automobile
Manufacturers to Jeffrey W. Runge, M.D.
Administrator of NHTSA
dated November 19, 2003
re Consumer Information; NCAP; Rollover
Resistance; Final Policy Statement Docket
No. NHTSA-2001-9663; Notice 2 Published in
Federal Register on October 14, 2003

Fax from Glenn Gamber of the                                      189531-189533
Office of Crash Avoidance Standards
of NHTSA to Connie Coombs of Toyota
dated November 17, 2003
re Static Stability Factor Rating Sheets,
Results of Dynamic Rollover Testing

US DOT/NHTSA Report No. DOT HS 809 547                            189544-189672
Dated October 2003
Titled: An Experimental Evaluation of 26 Light
Vehicles Using Test Maneuvers That May
Induce On-Road, Untripped Rollover and
a Discussion of NHTSA's Refined Test
Procedures; Phases VI and VII of NHTSA's
Light Vehicle Rollover Research Program

Federal Register Vol. 68, No. 198                                 189834-189889
dated October 14, 2003; 49 CFR Part 575
Docket No. NHTSA-2001-9663; Notice 3
Titled: Consumer Information; NCAP;
Rollover Resistance; Action: Final Policy Statement

49 CFR Part 575 Docket No. NHTSA-2001-9663; Notice 2              189673-189833
Consumer Information Regulations; FMVSS; Rollover
Resistance; Action: Notice of Proposed Rulemaking

| | |
|---|---|
| U.S. DOT/NHTSA Report DOT HS 809 513<br>Dated October 2002<br>A Comprehensive Experimental Evaluation<br>of Test Maneuvers That May Induce On-Road,<br>Untripped, Light Vehicle Rollover; Phase IV<br>of NHTSA's Light Vehicle Rollover Research<br>Program; Docket No. NHTSA-2001-9663-38 | 165482-165784 |
| TMC's Investigation of the correlation between<br>TMC's Higashifuji Proving Ground and<br>TRC-VDA with respect to the proving ground<br>Surface, using a Lexus RX330 | 212710-212712 J<br>212713-212715 E |

13.   **Dolly Rollover Test Demonstration of Tempered vs. Laminated Glass by Glass &
Glazing Forensic, Inc. (not conducted on a 1990-1995 4Runner, but disclosed in the
interest of completeness):**

| **Document Description** | **Bates Nos.** |
|---|---|
| Richard Morrison Deposition<br>and Exhibits; October 24, 2005 | 261977 |
| Peter Luepke Deposition<br>and Exhibits; October 31, 2005 | 261976 |
| Dolly Rollover Test of 1998 Ford<br>Expedition dated October 19, 2005;<br>TEC9825; PHO9825; report and photos | 261973-261974 |
| Dolly Rollover Test of 1998 Ford<br>Expedition dated October 19, 2005<br>TEC9825; PHO9825; split screen views | 261975 |
| Dolly Rollover Test of 1998 Ford<br>Expedition dated October 19, 2005<br>TEC9825; PHO9825; video footage only | 445918 |

14.    **Statistical Analyses Concerning Rollover Accident (not specific to the 1990-1995 4Runner, but disclosed in the interest of completeness):**

| **Document Description** | **Bates Nos.** |
|---|---|
| Table entitled "Relationship Between T/2H and Fatal Multiple Vehicle Accident Rollovers Per 10,000 Registered Vehicle Years" (Fatal Accident Reporting System, 1975 - 1993) | 31062-31065 |
| Table entitled "Relationship Between T/2H and Fatal Single Vehicle Accident Rollovers Per 10,000 Registered Vehicle Years" (Fatal Accident Reporting System, 1975 - 1993) | 31070-31073 |
| Table entitled "Relationship Between T/2H and Fatal Multiple Vehicle Accidents Per 10,000 Registered Vehicle Years" (Fatal Accident Reporting System, 1975 - 1993) | 31066-31069 |
| Chart entitled "Rollover in Relation to Number of Vehicles Involved" (Fatal Accident Reporting System, 1982 - 1990) | 31074 |
| Chart entitled "Rollover in Relation to Travel Speed" (Fatal Accident Reporting System, 1982 - 1990) | 31075 |
| Chart entitled "Rollover in Relation to Posted Speed Limit" (Fatal Accident Reporting System 1982 - 1990) | 31076 |
| Chart entitled "Rollover in Relation to BAC Test Results" (Fatal Accident Reporting System 1982 - 1990) | 31077 |
| Chart entitled "Rollover in Relation to Driver Age" (Fatal Accident Reporting System 1982 - 1990) | 31078 |
| Chart entitled "Rollover in Relation to Roadway Alignment" (Fatal Accident Reporting System 1982 - 1990) | 31079 |

| | |
|---|---|
| Chart entitled "Driver Contributing Factors in Relation to Fatal Vehicle Rollover, Passenger Cars, Light Trucks and Vans" (Fatal Accident Reporting System 1982 - 1990) | 31080 |
| Chart entitled "Driver Contributing Factors in Relation to Fatal Single Vehicle Accidents, Passenger Cars, Light Trucks and Vans" (Fatal Accident Reporting System 1982 - 1990) | 31081 |
| Chart entitled "Number of Occupant Deaths in Fatal Single-Vehicle Accidents; Occupant Deaths Grouped by Four Risk Factors and Combinations, Selected Light Trucks and Utility Vehicles, Model Years 1985 – 1989" (FARS, 1986 - 1990) | 31082 |
| Chart entitled "Occupant Death in Fatal Single-Vehicle Accidents Given Rollover and Various Combinations of 3 Other Factors:  Alcohol, Young Driver or Driver Contributing Factors" (FARS 1986 - 1990) | 31083 |
| List of data re "Combination of Driver Contributing Factors in Relation to Rollover, Passenger Cars, Light Trucks & Vans in which at least one occupant died" (FARS 1982 - 1993) | 31084-31088 |
| List of data re Description of Driver Contributing Factors | 31089-31090 |
| Statistical Analysis of Vehicle Rollover:  Causal Modeling; Synopsis by Alan Donelson et al dated July 1994 | 31091-31126 |
| Table entitled "Vehicles with at least One Occupant Fatality per 10,000 Registered Vehicle Years," Fatal Accident Reporting System, 1975-1993 | 76227-76231 |

| | |
|---|---|
| Table entitled "Fatal Single Vehicle Accidents (SVAs)per 10,000 Registered Vehicle Years," Fatal Accident Reporting System, 1975-1993 | 76232-76236 |
| Table entitled "Fatal Single Vehicle Accident (SVA) Rollovers per 10,000 Registered Vehicle Years," Fatal Accident Reporting System, 1975-1993 | 76237-76241 |
| Table entitled "Crash-Involved Vehicles per 10,000 Registered Vehicle Years (RVY) 1984-1992 Toyota 4Runner 4x4 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76243-76248 |
| Table entitled "Single Vehicle Accidents (SVA) per 10,000 Registered Vehicle Years (RVY), 1984-1992 Toyota 4Runner 4x4 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76249-76253 |
| Table entitled "Single Vehicle Accident (SVA) Rollovers per 10,000 Registered Vehicle Years (RVY), 1984-1992 Toyota 4Runner 4x4 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76254-76259 |
| Table entitled "Crash-Involved Vehicles per 10,000 Registered Vehicle Years (RVY), 1990-1992 Toyota 4Runner 4x2 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76261-76266 |
| Table entitled "Single Vehicle Accidents (SVAs) per 10,000 Registered Vehicle Years (RVY), 1990-1992 Toyota 4Runner 4x2 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76267-76271 |

Table entitled "Single Vehicle Accident (SVA) Rollovers per 10,000 Registered Vehicle Years(RVY), 1990-1992 Toyota 4Runner 4x2 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA)    76272-76276

List of data re. Vehicles with Measured Value of T/2H    76277-76280

Chart entitled "Fatal SVA Rollovers per 10,000 Registered Vehicle Years Vehicles with Values of T/2H from 1.01 to 1.10"    76281

Chart entitled "Fatal SVA Rollovers Per 10,000 Registered Vehicle Years, Vehicles with Values of T/2H from 1.37 to 1.61"    76282

Chart entitled "Vehicles with Different T/2H, Similar Rollover Rates, 1986-92 Suzuki Samurai 4x4 vs. 1982-88 Fort Escort EXP"    76283

Chart entitled "Vehicles with Different T/2H, Similar Rollover Rates, 1983-88 Chevrolet Blazer 4x2 vs. 1983-86 Mercury Capri"    76284

Chart entitled "Vehicles with Different T/2H, Similar Rollover Rates, 1981-88 Chevrolet Blazer 4x4 vs. 1984-1989 Nissan 300ZX"    76285

Chart entitled "Vehicles with Different T/2H, Similar Rollover Rates, 1981-1986 Jeep CJ-7 4x4 vs. 1982-1983 Mercury Lynx LN7"    76286

Chart entitled "Vehicles with Different T/2H, Similar Rollover Rates, 1984-90 Ford Bronco II 4x4 vs. 1984-92 Chevrolet Corvette"    76287

Chart entitled "Fatal SVA Rollovers per 10,000 Registered Vehicle Years, Ford Escort: A Comparison of Different Body Styles"    76288

| | |
|---|---|
| Chart entitled "Fatal SVA Rollovers Per 10,000 Registered Vehicle Years, A Comparison of Pickups and Passenger Minivans" | 76289 |
| Table entitled "Relationship Between T/2H, Involvement in Higher Risk Crashes, and Rates of Rollover for Passenger Vehicles in Fatal Crashes," Fatal Accident Reporting System, 1982-1993 | 76290-76295 |
| Chart entitled "Percentage of Higher Risk Scenarios in Relation to Rollovers per 100 Vehicles Involved in Fatal Crash, Passenger Cars and Light Trucks" | 76296 |
| Chart entitled "T/2H in Relation to Rollover per 100 Vehicles Involved in Fatal Crash, Passenger Cars and Light Trucks" | 76297 |
| Chart entitled "Percentage of Higher Risk Scenarios in Relation to Rollovers in Fatal Crashes per 10,000 RVY, Passenger Cars and Light Trucks" | 76298 |
| Chart entitled "T/2H in Relation to Rollovers in Fatal Crashes per 10,000 RVY, Passenger Cars and Light Trucks" | 76299 |
| Chart entitled "Percentage of Higher Risk Scenarios in Relation to Rollovers per 100 Vehicles Involved in Fatal Crashes, Light Trucks (Utility Vehicles, Pickups, and Vans)" | 76300 |
| Chart entitled "T/2H in Relation to Rollovers per 100 Vehicles Involved in Fatal Crashes, Light Trucks (Utility Vehicles, Pickups, and Vans)" | 76301 |
| Chart entitled "Percentage of Higher Risk Scenarios in Relation to Rollovers in Fatal Crashes per 10,000 RVY, Light Trucks (Utility Vehicles, Pickups, and Vans)" | 76302 |

| | |
|---|---|
| Chart entitled "T/2H in Relation to Rollovers per 10,000 RVY, Light Trucks (Utility Vehicles, Pickups, and Vans)" | 76303 |
| Chart entitled "How Motor Vehicle Accidents Happen, Rollover as an Outcome of Accidents" | 76304 |
| Table entitled "Occupants with Fatal or Major Injury per 100 Occupants in Rollovers, 1984-1993 Toyota 4Runner 4x4 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76305-76309 |
| Table entitled "Occupants with Fatal or Major Injury per 100 Occupants, 1984-1993 Toyota 4Runner 4x4 Compared to Other Passenger Vehicles," Combined State Analysis (AL, AR, FL, MI, MD, NC, NY, PA) | 76310-76314 |

Statistical analysis prepared for litigation
purposes by Alan Donelson in the
*Naranjo v. Toyota* case:
Report dated October 10, 2002                                                170502-170517
Cover letter and report dated February 18, 2003                  170518-170540

The Alliance Rollover Study of NASS and FARS Data,         278897-278934
Phase 2: In-Depth NASS-CDS Case Reviews;
Study dated November 7, 2005

        The following statistical data may be protected by copyright, and therefore Plaintiff

should obtain his own copies of the data, which should be in the public domain. The data is

identified for Plaintiff's reference:

**Document Description**

"The Nature of Serious Injury in US and UK Rollover Crashes" By: JP Research, Inc. and
Birmingham Automotive Safety Centre, University of Birmingham

"Alliance Rollover Study of NASS/CDS Data: Phase II Final Report"
By: JP Research, Inc., KEVA Engineering, LLC and Ivy Consultancy, LLC

"Occupant Injury Experience in Rollover Crashes: An In-Depth Review of NASS/CDS Data"
By: Jeya Padmanaban of JP Research, Inc. and Stein Husher of KEVA Engineering LLC

"The Alliance Rollover Study of NASS and FARS Data Phase 2: In-Depth NASS-CDS Case Reviews" November 7, 2005 By: Jeya Padmanaban of JP Research, Inc., Stein Husher of KEVA Engineering LLC and Joseph Marsh of Ivy Consultancy LLC

"The Alliance Rollover Study of NASS and FARS Data Phase 1: NASS Injury Statistics" October 21, 2004 By: Jeya Padmanaban of JP Research, Inc.

"The Nature of Serious Injury in US and UK Rollover Crashes" By: Jeya Padmanaban and Mickael Delahaye of JP Research, Inc., and Ahamedali M. Hassan, Ph.D. and Murray Mackay Ph.D.D.Sc. FIMechE Ceng Birmingham Automotive Safety Centre, University of Birmingham, Birmingham, UK

      **C.**      **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

TMS does not allege any damages. Plaintiff has the burden of proving damages. TMS disputes liability, and, to the extent it is necessary and appropriate, TMS will also contest Plaintiff's claims of damages. TMS reserves the right to claim its costs and disbursements at the conclusion of this case.

      **D.**      **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;**

TMS is self-insured for the first $12 million per occurrence, and has insurance coverage for sums in excess of that amount sufficient to satisfy any reasonable adverse judgment that might be rendered against TMS in this case. The policy information is as follows:

      Toyota Motor Insurance Corporation of Vermont
      Marsh, Inc.
      7 Burlington Square, 6th Floor
      Burlington, VT 05402
      Policy No. XLU-100209

The custodian of this insurance policy is the National Enterprise Risk Management Department of Toyota Motor Sales, U.S.A., Inc., 19001 S. Western Avenue, Torrance, California, 90501.

TMS objects to producing the actual insurance policy and related documents because such documents are private and confidential. Further, such documents are unduly burdensome to compile and they are not relevant and not reasonably calculated to lead to the discovery of admissible evidence, given that TMS has disclosed the pertinent insurance information.

   **E.  Privilege Claims and Scope of Disclosure;**

In preparing this Initial Disclosure Statement and producing the documents referenced above, TMS has not disclosed information or documents that are protected by either the attorney-client privilege or the work product doctrine. This includes investigative memoranda that have been or will be prepared by attorneys or agents acting at the direction of attorneys in anticipation of litigation or during the preparation of this case for trial. Such documents contain the thoughts and conclusions of attorneys or persons acting at the direction of attorneys.

TMS has not completed its investigation into the facts of this case, has not concluded its discovery in this action, and has not concluded its trial preparation. Information contained in this Initial Disclosure Statement is therefore based on knowledge and materials presently available and known to TMS. It is possible that discovery and independent investigation will supply additional facts, add new meaning to the known facts, or establish entirely new facts that may lead to additions or changes to this Disclosure. As necessary, TMS will supplement its Initial Disclosure Statement in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure. The information contained in this Initial Disclosure is provided without prejudice to TMS's right to produce witnesses or documents omitted from this Disclosure by oversight or inadvertence.

Respectfully submitted,

/s/ Whitney V. Harrell
Robert J. Rudock
Florida Bar No. 365157
Whitney V. Harrell
Florida Bar No. 800821
ARNSTEIN & LEHR LLP
200 South Biscayne Boulevard
Suite 3600
Miami, Florida 33131-2395
E-Mail:  rjrudock@arnstein.com

Attorneys for TOYOTA MOTOR SALES, U.S.A., INC.

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on June 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Ralph G. Patino, Esquire, rpatino@patinolaw.com.**

/s/ Whitney V. Harrell
Robert J. Rudock
Florida Bar No. 365157
Whitney V. Harrell
Florida Bar No. 800821
ARNSTEIN & LEHR LLP
200 South Biscayne Boulevard
Suite 3600
Miami, Florida 33131-2395
E-Mail:  rjrudock@arnstein.com

Attorneys for TOYOTA MOTOR SALES, U.S.A., INC.

425859